IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEWAYNE ONEAL GIBSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIBB COUNTY LAW ENFORCEMENT ) <br> CENTER, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:17-CV-423 (MTT) |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a) and § 1915(e), United States Magistrate Judge Charles H. Weigle has conducted a screening of Plaintiff Dewayne Oneal Gibson's complaint and recommends that Gibson's access to courts claim against Defendants Sergeant Scott Crosby and Lieutenant Paul Edwards and his claims against Defendants Bibb County Law Enforcement be dismissed. Doc. 7 at 1, 6-7. But the Magistrate Judge recommends Gibson's First Amendment free speech claims against Crosby and Edwards should proceed for further factual development. *Id.* Gibson has not objected to the Recommendation. The Court has reviewed the Recommendation and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Gibson's First Amendment free speech claims against Crosby and Edwards shall proceed for further factual development. Gibson's remaining claims are **DISMISSED without prejudice**.

**SO ORDERED**, this 8th day of March, 2018.

                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT