# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DEWAYNE ONEAL GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-423 (MTT) |
| BIBB COUNTY LAW ENFORCEMENT CENTER, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that the Defendants' motion for summary judgment (Doc. 28) be granted. Doc. 36. Gibson has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation for clear error. Having done so, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 36) is **ADOPTED** and made the order of this Court. The Defendants' motion for summary judgment (Doc. 28) is therefore **GRANTED**. Accordingly, the Plaintiff's complaint is **DISMISSED with prejudice**.

**SO ORDERED**, this 9th day of January, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
